JOSEPH P. RUSSONIELLO
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

E-FILING FILED

MAR - 3 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, )  CRIMINAL NO. 08-70120 RS
                          )
          Plaintiff,      )
                          )  NOTICE OF PROCEEDINGS ON
     v.                   )  OUT-OF-DISTRICT CRIMINAL
                          )  CHARGES PURSUANT TO RULES
Raymond Luna              )  5(c)(2) AND (3) OF THE FEDERAL RULES
                          )  OF CRIMINAL PROCEDURE
          Defendant.      )
                          )
_____)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on **3/3/08**, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other **Probation Form 12**

pending in the _____ District of **Nevada**, Case Number **3:03-CR-00105-ECR**

In that case, the defendant is charged with a violation(s) of Title(s) **18** United States Code, Section(s) **3565**

Description of Charges: **Violation of Conditions of Probation**

Respectfully Submitted,

UNITED STATES ATTORNEY

Date: **3/3/08**

_____
Assistant U.S. Attorney

1

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ NEVADA _____

UNITED STATES OF AMERICA

V.

RAYMOND LUNA

**WARRANT FOR ARREST**

Case Number: 3:03-CR-00105-ECR-RAM

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   RAYMOND LUNA
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF CONDITIONS OF PROBATION.

RECEIVED UNITED STATES MARSHAL
DISTRICT OF NEVADA
2007 NOV -2  P 3: 11

in violation of Title  18  United States Code, Section(s)  3565

Daniel R. Morgan
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[Signature of Issuing Officer]

11/2/2007
Date

RENO, NEVADA
Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 10/03) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __RAYMOND LUNA_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:



FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:



INVESTIGATIVE AGENCY AND ADDRESS:

Case 3:03-CR-00105 - Document 65 *SEALED* Filed 11/01/2007 Page 1 of 4

# FILED
## UNDER
# SEAL

RECEIVED
UNITED STATES MARSHAL
2007 NOV -2 P 3: 11
DISTRICT OF NEVADA

03/03/2008 10:14  4085355479  USMS SAN JOSE  PAGE 04/06
Case 5:08-mj-70120-RS  Document 1  Filed 03/03/2008  Page 5 of 7
12/12/2007 11:29  77 955794  US MARSHAL SERVICE  PAGE 05/09

Case 3:03-CR-00105  Document 65 *SEALED*  Filed 11/1/2007  Page 2 of 4

Prob12C
D/NV Form
Rev. Mar. 2007

# United States District Court

## for

## the District of Nevada

**PETITION FOR WARRANT - SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**
November 1, 2007

Name of Offender: __RAYMOND LUNA__

Case Number: __3:03-cr-105-ECR-RAM__

Name of Sentencing Judicial Officer: __Honorable Edward C. Reed Jr.__

Date of Original Sentence: __April 10, 2006__

Original Offense: __Possession of a Firearm by a Prohibited Person__

Original Sentence: __Fifty-one (51) months custody, reduced to forty-one (41) months custody, with 36 months supervised release__

Date Supervision Commenced: __January 25, 2007__

Date Jurisdiction Transferred to District of Nevada: __N/A__

## PETITIONING THE COURT

✓ To issue a warrant

___ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Substance Abuse Treatment - You shall participate in and successfully complete a substance abuse treatment program, which will include drug/alcohol testing, outpatient counseling, or residential placement, as approved and directed by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer based upon your ability to pay.**

   Luna failed to report for group counseling on September 18, 2007. He further failed to report for counseling on October 20, 2007.

Prob 12C
D/NV Form
Rev. Mar. 2007

RE: RAYMOND LUNA

2. **Drug/Alcohol Testing - You shall submit to drug/alcohol testing as directed by the probation officer not to exceed 104 tests per year.**

On August 17, 2007, Luna tested presumptive positive for methamphetamine after submitting a urine specimen. He signed an admission form indicating he had used the substance prior to submitting the specimen. On August 27, 2007, the test was also confirmed by the laboratory.

Luna has since failed to report for random urine testing on the dates of August 16, 2007, October 18, 2007 and October 29, 2007.

3. **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

On November 1, 2007, United States probation officers for the Northern District of California (where supervision of the offender is currently taking place) indicated they made attempts to locate Luna at his last residence. The landlord reported Luna not having been at the residence for several days. Luna's mother was also contacted indicating she did not know a location for her son.

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT-SUMMONS

On July 18, 2007, Luna was accepted under supervision of the probation office for the Northern District of California (ND/CA). Our office recently submitted a report to the Court requesting modification to include residential reentry center placement. The purpose of this report is to provide information received from ND/CA since this period of time.

On August 17, 2007, Luna tested presumptive positive for methamphetamine after submitting a urine specimen. He signed an admission form indicating he had used the substance prior to submitting the specimen. On August 27, 2007, the test was also confirmed by the laboratory. Luna has since failed to report for random urine testing on the dates of August 16, 2007, October 18, 2007, and October 29, 2007. He has also failed to report for group counseling on September 18, 2007 and October 20, 2007.

Several telephone attempts have been made by the supervising officer in ND/CA to contact Luna and have him report to the RRC for placement. Luna has failed to return any telephone calls or messages. On November 1, 2007, the ND/CA indicated they made attempts to locate Luna at his last residence. The landlord reported Luna not having been at the residence for several days. The landlord further stated that Luna took $800.00 which was to be applied to his rent, and the officer recommended that a police report be made with the San Jose Police Department for further investigation. Luna's mother was also contacted indicating she did not know a location for her son.

Luna has a past history of violent behavior. Due to the possibility that Luna is actively using controlled substances, coupled with his mental health issues, a warrant is requested to protect Luna and the community.

Case 3:03-CR-00105 Document 65 *SEALED* Filed 11/01/2007 Page 4 of 4

Prob12
D/NV Form
Rev. Mar. 2007

## U. S. Probation Officer Recommendation:

The term of supervision should be:

✓ Revoked

___ Extended for ___ months, for a total term of ___ months

___ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on ____November 1, 2007____

*[signature]*
BARBARA HUNT
United States Probation Officer

APPROVED:

*[signature]*
RICK L. OEHLERKING
Supervising U.S. Probation Officer

---

### THE COURT ORDERS:

___ No action

xx The issuance of a warrant

___ The issuance of a summons

___ Other

*[signature]* Edward C. Reed
Signature of Judicial Officer

November 1, 2007
Date

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
Deputy Clerk