# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

_____Raymond Luna_____
Defendant

WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

CASE NUMBER: 08 - 70120 RS

CHARGING DISTRICTS
CASE NUMBER: 03-00105

I understand that charges are pending in _____ District of __Nevada__

alleging violation of __Supervised release__ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred her) to determine whether there is probable cause to believe a violation occurred; and

(4)   a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

FILED
MAR - 3 2008
CLERK
NORTHERN

_____Raymond Luna_____
Defendant

_____3/3/08_____
Date

_____
Defense Counsel