UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

**Filed**

MAR 12 2008

Richard W. Wieking
Clerk

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

March 4, 2008

General Court Number
408.535.5363



Clerk of Court
USDC-Clerk of the Court
Courthouse and Federal Building
400 South Virginia St.,
Reno, NV 89501

| | |
|---|---|
| Case Name: | **USA-v- Raymond Luna** |
| Case Number: | **5:08-70120-RS (Your Case# 3:03-CR-00115-ECR-RAM)** |
| Charges: | Violation of Conditions of Probation |

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg. The following action has been taken:

   (X)   The U.S. Marshal has been ordered to remove this defendant
         to your district forthwith.
   ( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
   original Rule 5 affidavit
   original minute orders
   certified copy of *AO 94, Commitment to Another District*
   Certified docket sheets

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escalano_____
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

__3:03-cr-105__

Date: __MARCH 6, 2008__                CLERK, U.S. DISTRICT COURT

                                        By _____
                                            Deputy Clerk