# UNITED STATES DISTRICT COURT

**Northern** District of **California**

RECEIVED
UNITED STATES [DISTRICT COURT]
2008 MAR 17 PM 3:11
NORTHERN DISTRICT
OF CALIFORNIA

UNITED STATES OF AMERICA
v.
**Raymond Luu**

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 3:03-CR-00115-ECR | 08-7020 RS | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify) **Probation Form 12**

charging a violation of **18** U.S.C. § **3565**

**DISTRICT OF OFFENSE:** Nevada — Reno

**DESCRIPTION OF CHARGES:**
Violation of Conditions of Probation

FILED
MAR - 3 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

I hereby certify that the annexed is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Date: 3/3/08

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language: _____

DISTRICT OF

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

**3/3/08**
Date

_(signature)_
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 3-13-08 | Washoe County Jail Reno, NV USMS | 3-13-08 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 3-14-08 | GARY D. ORTON | _(signature)_ |